IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAUL ANGEL SOTO VALENCIA,

    Plaintiff,

v.                                                               Civ. No. 24-743 SMD/GBW

SANTA ROSE GCCF,

    Defendant.

## ORDER TO CURE DEFICIENCY

THIS MATTER comes before the Court on Plaintiff's *pro se* Pleading Regarding Civil Rights Claims. *Doc. 1*. It appears Plaintiff wishes to file a 42 U.S.C. § 1983 prisoner civil rights complaint. On July 19, 2024, the Clerk's Office sent Plaintiff a blank § 1983 complaint and application to proceed *in forma pauperis*, but Plaintiff has not returned the forms. Plaintiff must file a complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $405 filing fee or, alternatively, file an *in forma pauperis* motion along with an inmate account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings must include the case number (24-cv-743 SMD/GBW) and be labeled as legal mail. The failure to timely comply with both directives may result in dismissal of this case without further notice.

IT IS THEREFORE ORDERED that **within thirty (30) days of entry of this Order**, Plaintiff shall (1) file a complaint on the § 1983 form; and (2) prepay the $405 filing fee or submit an *in forma pauperis* motion that attaches an inmate account

1

statement reflecting transactions for a six-month period.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE