## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

RAUL ANGEL SOTO VALENCIA,

    Plaintiff,

v.                                                                                                         No. 24-cv-743 SMD/GBW

SANTA ROSE GCCF,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, it is hereby ordered that this case is **DISMISSED without prejudice**.

_____
UNITED STATES DISTRICT JUDGE